Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7265

KEVIN W. WHITING,

Claimant-Appellant,

v.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs,

Respondent-Appellee.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas argued for claimant-appellant.

Hillary A. Stern, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Martin F. Hockey, Jr., Assistant Director.

Appealed from: United States Court of Appeals for Veterans Claims

Judge Lawrence B. Hagel

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7265

KEVIN W. WHITING,

Claimant-Appellant,

v.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs

Respondent-Appellee.

# Judgment

ON APPEAL from the     United States Court of Appeals for Veterans Claims

in CASE NO(S).     05-1078

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, <u>Chief Judge</u>, PROST, <u>Circuit Judge</u>, and HOCHBERG∗, <u>District Judge</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED__May 8, 2008___       /s/ Jan Horbaly_____
                                Jan Horbaly, Clerk

---

∗     Honorable Faith Hochberg, District Judge, United States District Court for the District of New Jersey, sitting by designation.